Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI ECKHART,<br><br>             Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>             Defendant. | Case No.  09-CV-00285-WBS-EFB<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiff, JAMI ECKHART, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 30, 2009.  NCO filed its responsive pleading on March 4, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.
///
IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 7/14/09              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                            /s/Albert R. Limberg

1
2           Albert R. Limberg,
3           Attorney for Defendant,
            NCO Financial Systems, Inc.
4
5
    Dated: 7/14/09        KROHN & MOSS, LTD.
6
7                         /s/ Ryan Lee
                          Ryan Lee,
8                         Attorney for Plaintiff,
9                         Jami Eckhart

10
11
12  IT IS SO ORDERED.
13  Dated:  July 16, 2009
14
15                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28